John Metsker, Esq. SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA M. GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No. 5:24-cv-02333-MBK<br><br>[~~PROPOSED~~]<br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND NINE HUNDRED SEVENTY-NINE DOLLARS AND SEVEN CENTS ($3,979.07) pursuant to 28 U.S.C. § 2412(d) and no costs pursuant to 28 U.S.C. § 1920.

DATE:   08/21/2025

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE